United States Courts
Southern District of Texas
FILED

*January 27, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED HEALTH PRODUCTS, INC. | § | CASE NO. 4:20-CV-00788 |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| ANIMAL HEALTH INTERNATIONAL, INC., | § | |
| PATTERSON VETERINARY SUPPLY, INC., | § | |
| PATTERSON LOGISTICS SERVICES, INC. | § | |
| | § | |
| *Defendants.* | § | |

## AFFIDAVIT OF LOU SCHILIRO

BEFORE ME, the undersigned authority, on this day personally appeared Lou Schiliro, known to me to be the person whose name is subscribed below and who upon being duly sworn did depose and state as follows:

"My name is Lou Schiliro. I am over 18 years of age, of sound mind, capable of making this affidavit, and not disqualified from making this sworn statement. The statements contained within this affidavit are within my personal knowledge, and are both true and correct.

1. I have been CEO of United Health Products (UHP) since August 2018. I make this declaration based on my review of UHP's business records made at or near the time of the events described in this declaration and my knowledge of applicable business operations.

2. While UHP and Patterson signed a distribution agreement in January 2017,

1

3. However, discussions about the shipment about which the instant ligation is focused (to wit, hemostyp product) began on October 2017.

4. The screenshots below were taken of an Invoice created for the shipment on or around December 20, 2017.

UHP invoiced the sale in December 2017:



5. In turn, UHP sent this produce to its sterilization company, Sterigenics, and was reciprocally invoiced in January 2018:



6. Next, the product was delivered to - and received in- Houston in February 2018:



7. At no time did I intend to send a "sample."

8. I did not hear or see the word "sample" to describe the HemoStyp product until Mr. Joel Funk sent me this email in May 2018:

3

> From: Louis Schiliro [mailto:louis.schiliro@comcast.net]
> Sent: Friday, May 11, 2018 8:00 AM
> To: Funk, Joel <Joel.Funk@animalhealthinternational.com>
> Subject: United Health Products
>
> *** External Email ***
>
> Joel:
>
> I have called and emailed to set up a time to talk. Per your letter you said to eliminate all contact except through your office. So I need to speak to someone as there are open issues.
> We have worked hard to gain traction for Patterson with our product and have been working on an exclusive basis.
> We have spent a considerable amount of time and money traveling to help promote exclusively for Patterson our product throughout the country.
> We have enjoyed a great relationship with all of your sales folks and they have been extremely receptive to our high margin item and the ease it sells.
>
> The product in Houston has been there for some time and it was my understanding some of it was taken for samples. Which we do not know how much.
> We also, do not know what is left and how it was stored.
> I do not want to call any Patterson personnel per your email so I need some help figuring out answers to those questions.

9. If Animal Health treated any portion of the product as a 'sample' it was only treated as such by that company *ex post*.

Further, Affiant sayeth not.

_____
Lou Schiliro, Affiant

STATE OF NEW JERSEY

COUNTY OF BURLINGTON COUNTY

I certify under my seal of office this 28th day of November 2020, that Lou Schiliro personally appeared before me, the undersigned Notary Public, and signed the foregoing statement in writing before me and swore before me that the facts therein stated are true and correct.

LEN K ESLAVA
Notary Public - State of New Jersey
My Commission Expires Jun 6, 2021

Notary Public in and for
The State of New Jersey

4